# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | Case No: 14 CR 131-5 |
| Plaintiff, | ) | |
| v. | ) | Magistrate Judge Martin |
| | ) | |
| Ivan Kotselov, | ) | |
| Defendant, | ) | |

## ORDER

Time: 20 Min

Detention hearing held. Government and defendant agree on conditions of release. Defendant executes secured bond of $300,000.00 (Property).

Date: 3/28/2014          /s/ Daniel M. Martin

United States Magistrate Judge