UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | No. 14 CR 131-5 |
| IVAN KOTSELOV ) | Magistrate Judge Daniel G. Martin |



FILED
MAR 28 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### FORFEITURE AGREEMENT

Pursuant to the Order Setting Conditions of Release entered in the above-named case on March 28, 2014 for and in consideration of bond being set by the Court for defendant IVAN KOTSELOV (the "defendant") in the amount of $300,000 being fully secured by real property, **PAULINA DIMITROVA AND IVAN KOTSELOV, husband and wife and GRANTOR(S)** hereby understand, warrant and agree:

    1.    **PAULINA DIMITROVA AND IVAN KOTSELOV** warrant that they are the sole record owners and titleholders of the real property located at 4N657 Church Road, Bensenville, Illinois, and described legally as follows:

> LOTS 67, 68 AND 69 IN VOLK BROTHERS FIRST ADDITION TO EDGEWOOD, BEING A SUBDIVISION IN THE NORTHWEST ¼ OF SECTION 23, TOWNSHIP 40 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MAY 7, 1926 AS DOCUMENT 213085, IN DUPAGE COUNTY, ILLINOIS.

Permanent Index Number(s):    03-23-113-001-0000
    03-23-113-002-0000
    03-23-113-003-0000

(the "subject property")

2. **PAULINA DIMITROVA AND IVAN KOTSELOV** warrant that there are no outstanding mortgages against the subject property and that their equitable interest in the real property equals at least $300,000.

3. **PAULINA DIMITROVA AND IVAN KOTSELOV** have received a copy of the Court's Order Setting Conditions of Release and understand its terms and conditions.

4. **PAULINA DIMITROVA AND IVAN KOTSELOV** understand and agree that the defendant will be subject to the terms and conditions of the Order Setting Conditions of Release until any of the following events: (a) defendant surrenders to serve his sentence; (b) defendant is taken into custody by order of the court in the above-captioned matter; (c) the above-captioned matter is dismissed against defendant in its entirety; or (d) judgment is entered in defendant's favor.

5. **PAULINA DIMITROVA AND IVAN KOTSELOV** agree that public docket entries and filings in the above-captioned matter constitute adequate notice to the sureties of all judicial proceedings in the case. **PAULINA DIMITROVA AND IVAN KOTSELOV** understand that modifications to the Court's Order Setting Conditions of Release may occur, and may materially change the conditions of release. In exchange for the entry of the Order Setting Conditions of Release, **PAULINA DIMITROVA AND IVAN KOTSELOV** waive any right to receive notice of judicial proceedings from the United States or the Court.

6. **PAULINA DIMITROVA AND IVAN KOTSELOV** understand and agree that this forfeiture agreement applies to any modified Order Setting Conditions of Release entered by the Court in the above-captioned matter.

7. **PAULINA DIMITROVA AND IVAN KOTSELOV** agree that their equitable interest in the above-described real property shall be forfeited to the United States of America

should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

8. **PAULINA DIMITROVA AND IVAN KOTSELOV** agree to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court.

9. **PAULINA DIMITROVA AND IVAN KOTSELOV** understand that the United States of America will seek an order from the Court authorizing the United States of America to file and record the above-described deed, and will take whatever other action that may be necessary to perfect its interest in the above-described real property, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

10. **PAULINA DIMITROVA AND IVAN KOTSELOV** understand and agree that, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, **PAULINA DIMITROVA AND IVAN KOTSELOV** will be liable to pay the difference between the bond amount of $300,000 and their equitable interest in the subject property, and **PAULINA DIMITROVA AND IVAN KOTSELOV** hereby agree to the entry of a default judgment against them for the amount of any such difference.

11. **PAULINA DIMITROVA AND IVAN KOTSELOV** agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

12. **PAULINA DIMITROVA AND IVAN KOTSELOV** understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant, they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury.

13. **PAULINA DIMITROVA AND IVAN KOTSELOV** agree that the United States shall file and record a copy of this Forfeiture Agreement with the DuPage County Recorder's Office as notice of encumbrance in the amount of the bond.

14. **PAULINA DIMITROVA AND IVAN KOTSELOV** hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct.

15. **PAULINA DIMITROVA AND IVAN KOTSELOV** understand and agree that failure to comply with any term or condition of this Forfeiture Agreement will constitute grounds for the United States of America to request that the bond posted for the release of the defendant be revoked.

Date: 3/28/14

_____
**PAULINA DIMITROVA**
Surety/Grantor

Date: 3/28/14

_____
**IVAN KOTSELOV**
Surety/Grantor

Date: 3/28/14

_____
WITNESS

**Prepared by and Return to:**
Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604