IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | 14 CR 131-5 |
|     v. | ) | Judge Ronald A. Guzman |
| | ) | |
| IVAN KOTSELOV, | ) | |
|     Defendant. | ) | |

### IVAN KOTSELOV'S MOTION TO JOIN AND ADOPT REVISED PROPOSAL TO ESTABLISH COMMON FUND, APPOINT AND EMPLOY A SINGLE TRANSLATOR TO ASSISTANCE DEFENSE COUNSEL IN REVIEWING INTERCEPTED CONVERSTATIONS AND GOVERNMENT TRANSCRIPTS

Now comes IVAN KOTSELOV, by his attorney, DARRYL A. GOLDBERG, and seeks leave to adopt and join the Revised Proposal To Establish Common Fund, Appoint And Employ A Single Translator To (sic) Assistance Defense Counsel In Reviewing Intercepted Conversations And Government Transcripts ("Translator Proposal") (Doc. 270) filed by defendant, Georgi Vangelov, and in support of this motion states the following:

1. On August 6, 2014, the Honorable Court asked defense counsel to advise the Court if they join in and adopt the Translator Proposal.

2. At the time, Counsel for Kotselov advised the Court that he agreed to join in the Translator Proposal, but had not had the opportunity to discuss it with his client.

3. The Honorable Court asked counsel to discuss the issues raised in the Translator Proposal with his client and advise the Court if his client agrees or declines the join in the Translator Proposal.

4. Counsel has reviewed and discussed the Translator Proposal with Mr. Kotselov.

5. After counsel's discussion with Mr. Kotselov, Mr. Kotselov agrees to join in the

Translator Proposal.

WHEREFORE, defendant IVAN KOTSELOV declares that he joins in the Translator Proposal (Doc. 270) previously filed in this matter.

                    Respectfully submitted,

                    s/ Darryl A. Goldberg
                    Attorney for Ivan Kotselov

Darryl A. Goldberg
LAW OFFICES OF DARRYL A. GOLDBERG
111 West Washington Street, Suite 1025
Chicago, Illinois 60602
(773) 793-3196

## CERTIFICATE OF SERVICE

I, Darryl A. Goldberg, an attorney, certify that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the document "IVAN KOTSELOV'S MOTION TO JOIN AND ADOPT REVISED PROPOSAL TO ESTABLISH COMMON FUND, APPOINT AND EMPLOY A SINGLE TRANSLATOR TO ASSISTANCE DEFENSE COUNSEL IN REVIEWING INTERCEPTED CONVERSATIONS AND GOVERNMENT TRANSCRIPTS" was served on AUGUST 13, 2014, pursuant to the District Court's system as to ECF filers.

                    /s/ Darryl A. Goldberg
                    Darryl A. Goldberg