IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 14 CR 131-5 |
| v. | ) | Magistrate Judge Maria Valdez |
| | ) | |
| IVAN KOTSELOV, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the petitioner, IVAN KOTSELOV, by and through his attorney, DARRYL A. GOLDBERG. and respectfully requests this Court modify the conditions of his pretrial release to include permission to travel to/from Southern Florida, with prior notice and itinerary to the United States Pretrial Services Office, and in support of his motion states as follows:

1. On March 28, 2014, the Honorable Daniel Martin entered an order setting Mr. Kotselov's conditions of release, which included, amongst other conditions, a condition limiting his travel to the Northern District of Illinois. (Docket Entry No. 83)

2. Mr. Kotselov respectfully requests that his conditions of release be modified to permit travel to/from the State of Florida for employment purposes, as well as a family vacation, for the period of July 1, 2016- July 13, 2016, with prior notice and an itinerary to the United States Pretrial Services Office.

3. Counsel for Kotselov spoke with a United States Pretrial Services Officer Carla Tramonte who advised that she does not object to Mr. Kotselov's request.

1

4. Moreover, Counsel for Kotselov also spoke with AUSA Scott Edenfield who advised that he has no objection to Mr. Kotselov's request.

WHEREFORE, based upon the foregoing, Mr. Kotselov respectfully requests that this Honorable Court modify the conditions of his pretrial release and allow him permission to travel to/from the State of Florida, from July 1, 2016- July 13, 2016 with prior notice and an itinerary to the United States Pretrial Services Office.

Respectfully submitted,

s/ Darryl A. Goldberg
Attorney for Ivan Kotselov

Darryl A. Goldberg
LAW OFFICES OF DARRYL A. GOLDBERG
111 West Washington Street, Suite 1025
Chicago, Illinois 60602
(773) 793-3196

## CERTIFICATE OF SERVICE

I, Darryl A. Goldberg, an attorney, certify that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the foregoing document was served on June 23, 2016, pursuant to the District Court's system as to ECF filers.

s/ Darryl A. Goldberg
Darryl A. Goldberg